STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF KENT

TODD LEE BECKETT,

       Plaintiff                        Case No: 03-08939-DM

v                                           Hon. Patricia D. Gardner

PAMELA LEE BECKETT,

       Defendant.
_____/

| David A. Mierendorf (P45853) | Timothy B. Visser (P28645) |
|---|---|
| MIERENDORF LAW OFFICES, P.C. | ANNIS, ANNIS & VISSER, P.C. |
| Attorney for Plaintiff | Attorney for Defendant |
| 318 South Bridge Street | 4280 Alpine Avenue, N.W. |
| Belding, Michigan 48809 | P.O. Box 385 |
| Telephone: (616) 794-2340 | Comstock Park, MI 49321 |
| | Telephone: (616) 784-3443 |

## JUDGMENT OF DIVORCE

At a session of said Court held in the Courthouse,
in the City of Grand Rapids, County of Kent, State of Michigan,
on     NOV 1 2 2004    .

**PRESENT: HON. PATRICIA D. GARDNER**
Circuit Court Judge

**THIS MATTER** having come on for hearing before the Court, and the Court having heard proofs in open Court by Plaintiff in support of the allegations and grounds set forth by the pleadings herein, from which it satisfactorily appears to the Court that the material facts alleged in Plaintiff's Complaint for Divorce are true and there has been a breakdown of the marriage relationship to the

JOD DM                     Page 1 of 12

**IT IS FURTHER ORDERED** that the Defendant shall receive the marital residence and real property located at 12060 13 Mile Road, Greenville, Michigan 48838. The Plaintiff shall Quit Claim Deed his interest to the real property within ten (10) days of entry of the Judgment of Divorce. The Plaintiff shall obtain an appraisal within sixty (60) days of entry of the Judgment of Divorce through Van Stencil Appraisal's or any other appraisal agency agreed by counsel within sixty (60) days of entry of the Judgment of Divorce and shall refinance the marital residence within five (5) years. The value of the marital residence shall be defined as the amount owing on the marital residence as of September 1, 2004, less the appraisal. Plaintiff has a right to fifty (50%) of said sum and shall retain a secured interest mortgage against said property until such time as it has been refinanced. The Plaintiff shall receive interest on said monies at the following rate: for the first two (2) years there shall be no interest, for the remaining three (3) years there shall be two (2%) percent charged on a per annum basis for any and all monies not paid.

**IT IS FURTHER ORDERED** that the Plaintiff shall be responsible for the September, 2004 house payment upon entry of the Judgment of Divorce commencing October, 2004 and until the house has been sold or refinanced the house payment shall be the Defendant's obligation. Defendant shall be responsible for the house payment and shall make the house payments current for failure to do so and/or if the payments on the marital residence fall behind the Plaintiff may make the house payments and receive credit for dollar for dollar credit for the house payments that he has made. Plaintiff further reserves the right to have the marital home sold in the event that the Defendant cannot maintain the house payments current.

## DEBTS

**IT IS FURTHER ORDERED** that each party is responsible for the debts currently in their name and shall hold the other party harmless.

**IT IS FURTHER ORDERED** that the Defendant shall be responsible for the Chase Visa

IT IS FURTHER ORDERED that this matter resolves the last pending claim and closes the case pending further order of the Court.

IT IS FURTHER ORDERED that the effective date of this Judgment of Divorce shall be the date of entry thereof.

APPROVED FOR ENTRY:

_____
Kent County Court Referee

*/s/ Todd L. Beckett*
Todd Lee Beckett, Plaintiff

*/s/ David A. Mierendorf*
David A. Mierendorf, P45853
Attorney for Plaintiff

*/s/ Pamela Lee Beckett*
Pamela Lee Beckett, Defendant

*/s/ Timothy B. Vivier*
Attorney for Defendant

Prepared By:
David A. Mierendorf P45853
MIERENDORF LAW OFFICES, P.C.
318 South Bridge Street
Belding, Michigan 48809
Telephone: (616) 794-2340

**PATRICIA D. GARDNER**
_____
Hon: Patricia D. Gardner
Circuit Court Judge

EXAMINED, COUNTERSIGNED &
ENTERED.

_____
Deputy Clerk

ATTEST: A TRUE COPY

*/s/ Beverly Fountain*
Deputy Clerk

JOD DM                                Page 12 of 12