Approved, SCAO

Original - Court file
1st copy - Assignment Clerk/Extra
2nd copy - Friend of the Court/Extra

3rd copy - Opposing party
4th copy - Moving party

| STATE OF MICHIGAN 17TH JUDICIAL CIRCUIT KENT COUNTY | NOTICE OF HEARING AND MOTION | CASE NO. 03-08939-DM |
|---|---|---|

Court address: 180 Ottawa Ave, Grand Rapids, MI 49503

Court telephone no.: (616)632-5480

Plaintiff name(s): Todd L. Beckett

Plaintiff's attorney, bar no., address, and telephone no.:
858 Dewars
Howell, MI 48843

v

Defendant name(s): Pamela L. Beckett

Defendant's attorney, bar no., address, and telephone no.:
12060 13 Mile Rd
Greenville, MI 48838

**NOTICE OF HEARING**

1. Motion title: Motion to enforce Judgment o'Divorce for Defendent to refinance the Marital residence.
2. Moving party: Todd L. Beckett

3. This matter has been placed on the motion calendar for:

Judge: Patricia Gardner    Bar no.: ___    Date: 8/13/10    Time: 8:30

Hearing location: ☒ Court address above  ☐

4. If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

**MOTION**

Motion to enforce the Judgment of Divorce. Please see attached paperwork.

Date: 8/4/2010

Signature: Todd L. Beckett

Approved, SCAO

PROBATE JDC CODE: POM

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>17TH JUDICIAL CIRCUIT<br>COUNTY PROBATE | PROOF OF MAILING | CASE NO.<br>03.08939.DM |
|---|---|---|

Court address: 180 Ottawa Ave, Grand Rapids, MI 49503

Court telephone no. (616)632-5480

Plaintiff(s):
TODD L. Beckett
858 Dewars
Howell MI 48843

v

Defendant(s):
Pamela L Beckett
12060 13 mile RD
Greenville, MI 48836

☐ Juvenile In the matter of ___
☐ Probate In the matter of ___

On the date below I sent by first class mail a copy of **Notice of Hearing and Motion, Proof of Mailing and attached documents.**

to: Names and addresses

Pamela Beckett
12060 13 Mile RD
Greenville, MI 48838

State of Michigan
17th Judicial Circut
Kent County
180 Ottawa Ave
Grand Rapids, MI
49503

I declare that the statements above are true to the best of my information, knowledge, and belief.

Date: 8/04/2010

Signature: Todd L. Beckett

Name (type or print): TODD L. Beckett

MC 302 (4/89) PROOF OF MAILING

MCR 2.107(C)(3), (D)

5

Todd L. Beckett

858 Dewars

Howell, MI 48843

August 3, 2010

RE Case No: 03-08939

Hon. Patricia D. Gardner

On November 12, 2004 the Judgment of Divorce was entered. The Judgment stipulated that Defendant shall receive the marital residence and real property at 12060 13 Mile Rd., Greenville MI 48838. That the Defendant shall refinance the marital residence within five (5) years.

It also stipulated that the plaintiff has a right to fifty (50%) of said sum and interest and shall retain a secured interest mortgage against said property until such time as it has been refinanced.

To this date the Defendant has chosen not to refinance the marital residence.

I'm asking this court to please enforce the Judgment of Divorce and order the defendant to refinance the marital home within 30 days.

STATE OF MICHIGAN
IN THE 17TH CIRCUIT COURT FOR THE COUNTY OF KENT
180 OTTAWA NW, GRAND RAPIDS, MI 49503

__Todd L. Beckett__, Plaintiff

Case No. __03-08939 DM__

Honorable __Patricia Gardner__

vs.

__Pamela Beckett__, Defendant

ORDER RE: __refinancing the Marital Home__
AND CERTIFICATE OF MAILING

_____/

**ORDER**
At a session of court,
Kent County Courthouse,
City of Grand Rapids,
on __Aug 13__, 2010

**IT IS ORDERED:**

The Defendant Pamela L. Beckett to refinance the Marital Home within 30 days. With the Plaintiff Todd L. Beckett to receive the sum of $22,428.00 (Twenty two thousand four hundred twenty eight) plus interest.

Date: __AUG 13 2010__

**PATRICIA D. GARDNER**
_____
Circuit Court Judge

**CERTIFICATE OF MAILING:** I certify that I served a copy of this order on the other party or their attorney by first class mail addressed to their last known address as defined by MCR 3.203

__Aug 13, 2010__          __Todd L. Beckett__
Date                      Signature

## Notice of Opportunity to Object and Request a De Novo Hearing

This cause having been brought before the Court on the findings and recommended order of the Referee, and the Court being fully advised; now therefore;

It is ORDERED, that the recommended order of the Referee shall be and is hereby made the Order of this Court.

It is further ORDERED, that as this Order is being entered pursuant to the Referee's findings and recommendation, it shall be subject to review and hearing by the Court, **provided** that any party seeking said review and hearing shall, within twenty-one (21) days from the service of this Order, file with the Circuit Court Clerk's office and the Friend of the Court's office a notice of hearing, proof of service showing notice to all other parties and motion which sets forth the factual basis for relief sought.

It is further ORDERED, that this Order shall become final upon failure of any party to make a timely motion for said review and hearing before the Circuit Court.

**PATRICIA D. GARDNER**
_____
Family Division Judge

Attest a True Copy:

_____
Deputy Court Clerk