DIANE J. WECHTER, ATTORNEY AT LAW

190 MONROE, N.W., SUITE 3000
GRAND RAPIDS, MICHIGAN 49503
TELEPHONE (616) 456-9633
FACSIMILE (616) 456-9688

## FACSIMILE TRANSMISSION

DATE: May 13, 2005

PLEASE DELIVER THIS COVER PAGE AND THE FOLLOWING __2__ PAGE(S) TO:

NAME: David A. Mierendorf

COMPANY/FIRM:

CITY: Belding

TELEPHONE NO.: (616) 794-2340

FAX NO.: (616) 794-2948

MESSAGE: **Beckett v. Beckett**
I have attached a copy of Quit Claim Deed.

FROM: Diane J. Wechter

IF THERE ARE ANY PROBLEMS OR IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.


RECEIVED MAY 13 2005

BECKETT v. BECKETT
QUIT CLAIM DEED
PAGE 2


STATE OF MICHIGAN    )
                     ) ss.
COUNTY OF KENT       )

The foregoing instrument was acknowledged before me this 13th day of May, 2005, by Todd L. Beckett, a single man.

                                                                                          TINA M. POLING
Notary Public,              Notary Public, Kent County, MI
My commission expires:  My Commission Expires Apr. 1, 2007

| When recorded return to: | Send Subsequent Tax Bills To: | Drafted By: |
|---|---|---|
| Diane J. Wechter<br>190 Monroe, N.W.<br>Suite 3000<br>Grand Rapids, MI  49503 | Pamela L. Beckett<br>12060 - 13 Mile Road, N.E.<br>Greenville, MI  48838 | Diane J. Wechter<br>190 Monroe, N.W.<br>Suite 3000<br>Grand Rapids, MI  49503 |

Tax Parcel # _____    Recording Fee _____    Transfer Tax _____

## QUIT CLAIM DEED

The Grantor(s), Todd L. Beckett, a single man, whose address is 529 Curzon Road, Howell, MI 48843-4142,

quit claims to Pamela L. Beckett, a single woman, whose address is 12060 - 13 Mile Road, N.E., Greenville, MI 48838,

his interest in the following described premises situated in the Township of Oakfield, County of Kent, and State of Michigan:

> Part of the NW ¼ of Section 22, T9N, R9W, Oakfield Township, Kent County, Michigan. Commencing at the NW corner of said Section; thence N90°00'E 332.0 feet along the North line of said Section to the Place of Beginning; thence continuing N90°00'E 130.0 feet along said North line; thence S0°00'W 330.0 feet; thence S90°00'W 130.0 feet; thence N0°00'E 330.0 feet to the Place of Beginning.

commonly known as 12060 - 13 Mile Road, N.E.,

for the sum of Zero Dollars ($0).

(This deed is given pursuant to a Judgment of Divorce between the parties in the case of Beckett vs. Beckett, Kent County Circuit Court Case No.: 03-08939-DM, dated November 12, 2004, and is subject to a LIEN in the amount of $22,428, plus any interest which has accrued pursuant to the terms of the Judgment of Divorce. This instrument is exempt from transfer tax pursuant to MCLA 207.505[j] and MCLA 207.526[a].)

Dated this _13_ day of _May_, 2005

Signed in presence of:

_____  
DAVID A. MIEREMDORF  P4-2340

_____  
Tina M. Poling, Witness

Signed by:

_____  
Todd L. Beckett

December 14, 2009

Pamela Beckett
12040 13 Mile Rd
Greenville, MI 48838


Pam-

As per the Judgement of Divorce of dated "1/2/0x"
which states "The defendant shall refinance
the marital residence within five (5) years
of said entry.

The Quit Claim Deed dated May 13, 2005
states the amount of $22,428 plus any
interest which has accrued pursuant to the
Judgement of Divorce.

As of this date I haven't received the
monies owed to me. Please remit payment
in full as it is already 30 days past
due.

If necessary my attorney will file
the proper motions to rectify this matter.

Sincerely,

Todd L. Beckett

Todd L. Beckett

Enclosures