| Approved, SCAO | Original - Court file<br>1st copy - Assignment Clerk/Extra<br>2nd copy - Friend of the Court/Extra | 3rd copy - Opposing party<br>4th copy - Moving party |
|---|---|---|
| **STATE OF MICHIGAN**<br>**17TH JUDICIAL CIRCUIT**<br>**KENT COUNTY** | **NOTICE OF HEARING AND MOTION** | **CASE NO.**<br>03-08939-DM |

Court address: 180 Ottawa Ave, Grand Rapids, MI 49503
Court telephone no.: (616) 632-5480

Plaintiff name(s): Todd L. Beckett
Plaintiff's attorney, bar no., address, and telephone no.:
858 Dewars
Howell MI 48843

v

Defendant name(s): Pamela Beckett
Defendant's attorney, bar no., address, and telephone no.:
12060 13 mile Rd
Greenville, MI 48838

**NOTICE OF HEARING**

1. Motion title: Enforce Refinance of Marital Home
2. Moving party: Todd L. Beckett
3. This matter has been placed on the motion calendar for:

Judge: Patricia Gardner   Bar no.:    Date: 8/24/12   Time: 8:30 a.m.
Hearing location: ☒ Court address above ☐

4. If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

**MOTION**

Enforce Refinance of Marital Home. To add 5.4% interest of monies owed from date of which was said to be paid (August 13, 2009) And to add $700.00 in addition for Court costs, Travel Expenses, and Lost wages. To hold the Defendent in contempt of court.

Date: 7/31/12

Signature: Todd L. Beckett

| Approved, SCAO | Original - Court file<br>1st copy - Assignment clerk/Extra<br>2nd copy - Friend of the court/Extra | 3rd copy - Opposing party<br>4th copy - Moving party |
|---|---|---|
| STATE OF MICHIGAN<br>JUDICIAL CIRCUIT<br>JUDICIAL DISTRICT<br>COUNTY | NOTICE OF HEARING AND MOTION | CASE NO.<br>03-08939DM |

Court address: 180 Ottawa Ave Grand Rapids, MI 49503

Court telephone no.

Plaintiff name(s): Todd L. Beckett

Plaintiff's attorney, bar no., address, and telephone no.:
858 Dewars
Howell MI 48843

v

Defendant name(s): Pamela L. Beckett

Defendant's attorney, bar no., address, and telephone no.:
12040 13 mile Rd
Greenville, MI 48838

### NOTICE OF HEARING

1. Motion title: Enforce Refinance of Marital Home
2. Moving party: Todd L. Beckett
3. This matter has been placed on the motion calendar for:

| Judge: Patricia Gardner | Bar no. | Date: 8/24/12 | Time: 8:30am |
|---|---|---|---|

Hearing location: [X] Court address above

4. If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

### MOTION

Enforce Refinance of Marital Home. To add 5.4% interest of monies owed from date of which was said to be paid (August 13, 2009) And to add $700.00 in addition for court costs, Travel expenses, and Lost wages. To hold Defendent in Contempt of Court.

Date: 7/31/12

Signature: Todd L. Beckett

### CERTIFICATE OF MAILING

I certify that on this date I served a copy of this notice of hearing and motion on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

Date: 7/31/12

Signature: Todd L. Beckett

MC 326 (3/10) NOTICE OF HEARING AND MOTION

| STATE OF MICHIGAN | | Case Number |
| --- | --- | --- |
| 17th Circuit Court | Order | |
| Kent County | | 03-08939-DM |
| 180 Ottawa Ave. NW, Grand Rapids, MI 49503 | | (616) 632-5480 |

**PLAINTIFF:**

Todd L Beckett
858 Dewars
Howell MI 48843

**DEFENDANT:**

Pam Beckett
12060 13 Mile Rd
Greenville MI 48838

## ORDER
At a session of court,
Kent County Courthouse,
City of Grand Rapids,
on  8/24 , 2012

☒ After hearing    ☐ Upon stipulation of the parties    ☐ By consent of the parties

Motion was stayed upon Defendant filing In US Bankruptcy court.

Dated: 8/24/12

Honorable  PATRICIA D. GARDNER
Circuit Court Judge

Consent Judgments:

Signature _____    Signature _____

## CERTIFICATE OF MAILING

I certify that I served a copy of this document on the other party or their attorney by:
☒ First class mail addressed to their last known address as directed by MCR 3.203.
☐ Hand delivery as directed by MCR 2.107(C).

Date 08/24/12    Todd L. Beckett
Signature

Form Created by: The Legal Assistance Center, 180 Ottawa Ave. NW, Suite 5100, Grand Rapids, MI 49503

This cause having been brought before the Court on the findings and recommended order of the Referee, and the Court being fully advised, NOW THEREFORE,

## INTERIM EFFECT

IT IS ORDERED AND ADJUDGED that the referee's signed Order will take effect on an interim basis pending any judicial hearing that results from a timely objection.

IT IS FURTHER ORDERED that you may obtain judicial hearing regarding the referee's recommended order by filing a written objection and notice of hearing with the Circuit Court Clerk within 21 days after the referee's recommended order has been signed by the referee and served on the parties or their attorneys. The objection must include a clear and concise statement of specific findings or application of law to which an objection is made. Objections regarding the accuracy or completeness of the recommendation must state with specificity the inaccuracy or omission.

IT IS FURTHER ORDERED AND ADJUDGED that once the referee has signed this Order, and if there are no properly filed objections within 21 days after service, the referee's signed Order will become the final Order of this Court.

# PATRICIA D. GARDNER
, Circuit Judge, Family Division


Examined, Countersigned and Entered
By:   , Deputy Clerk
Attest:  A true copy
By: _____, Deputy County Clerk